UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

                                        ORDER

        v.

JAMES J. KEARNEY, SR.,                    Docket No. 12-00459-001

                                 Defendant.
-----------------------------------------------------------------x

      It is hereby ordered that the Judgment in the above-captioned case be amended to provide that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on February 5, 2013 at/or before Noon.

Dated: January 4, 2013

                                                                  _____
                                                                  Hon. Jose L. Linares
                                                                United States District Court Judge

On Consent

_____
Assistant U.S. Attorney
Anthony Moscato